# Exhibit B



Liberty Insurance Corporation
New England Region
PO Box 1053
Montgomeryville, PA 18936-1053
Office: (800) 566-0323
Fax: (866) 479-8438

November 15, 2013

Steven Karas
Gail Karas
188 Hatch Hill Rd
Vernon Rockville, CT 06066-6113

Claim Number: 028380216-01
Date of Loss:   10/25/13

Dear Mr. & Mrs. Karas,

As we recently discussed, we have completed our investigation of your homeowner's claim, which revealed that your basement walls are decaying and deteriorating.

Based on our investigation into your claim, we regret to inform you that your claim is being denied as your policy does not afford coverage for deterioration.

The applicable policy provisions are as follows:

### SECTION I – PERILS INSURED AGAINST

### COVERAGE A – DWELLING and COVERAGE B – OTHER STRUCTURES

We insure against risk of direct loss to property described in Coverages A and B only if that loss is a physical loss to property. We do not insure, however, for loss:

2. **Caused by:**
   e. Any of the following:
      (1) Wear and tear, marring, deterioration;

### SECTION I – EXCLUSIONS

1. We do not insure for loss caused directly or indirectly by any of the following. Such loss is excluded regardless of any other cause or event contributing concurrently or in any sequence to the loss.

c. **Water Damage**, meaning:
   (1) Flood, surface water, waves, tidal water, overflow of a body of water, or spray from any of these, whether or not driven by wind;
   (2) Water which backs up through sewers or drains or which overflows from a sump; or

    (3) Water below the surface of the ground, including water which exerts pressure on or seeps or leaks through a building, sidewalk, driveway, foundation, swimming pool or other structure.

    Direct loss by fire, explosion or theft resulting from water damage is covered.

**e. Neglect,** meaning neglect of the "insured" to use all reasonable means to save and preserve property at and after the time of a loss.

Our coverage position is premised upon our investigation, presently known facts and the terms of your policy. If you have any questions or have other information which might be used to reconsider our coverage decision, please call me at the number provided below or my supervisor, Matthew Welnak, at (800) 566-0323 Ext: 80511. If you prefer to communicate by email, my address is listed below. When contacting me by email, please include your claim number in the subject line.

Thank you for insuring with Liberty Mutual Insurance. We appreciate your business.

Sincerely,

Daniel MacNeil
Homeowner Claims Department
Tel: (800) 566-0323 x 70440
Fax: (866) 479-8438
Email: Daniel.MacNeil@LibertyMutual.com

*While we have attempted to address all of the coverage considerations related to this claim, Liberty Mutual reserves all rights under applicable law and the policy. This letter should in no way be construed as a waiver or estoppel of any of the possible coverage defenses afforded by the policy or applicable law.*

If you do not agree with this decision, you may contact the Division of Consumer Affairs within the Insurance Department. The address is:

State of Connecticut Insurance Department
Consumer Affairs Division
P.O. Box 816
Hartford, CT. 06142-0816
800-203-3447 (Connecticut Only)
860-297-3900 ( Hartford area or outside of Connecticut)

The e-mail address is ctinsdept.consumeraffairs@po.state.ct.us.