Civil- (Dec-2008)

**HONORABLE:** Stefan R. Underhill
**DEPUTY CLERK:** R. Jaiman /
**RPTR/ECRO/TAPE:** Sharon Masse
**TOTAL TIME:** 0 hours 45 minutes
**DATE:** 12/14/2017   **START TIME:** 1:20 p.m.   **END TIME:** 2:05 p.m.
**LUNCH RECESS** FROM: ___ TO: ___
**RECESS (if more than ½ hr)** FROM: ___ TO: ___

**CIVIL NO.** 3:13-cv-01836

STEVEN KARAS et al.                                Jeffrey R. Lindequist
                                                   Plaintiff's Counsel
              vs
LIBERTY INSURANCE CORP.                            Kieran W. Leary
                                                   Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☑ Motion hearing          ☐ Show Cause Hearing
☐ Evidentiary Hearing     ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

☑ ..... # 57 Motion for Summary Judgment       ☑ granted ☑ denied ☐ advisement
☐ ..... # ___ Motion ___                         ☐ granted ☐ denied ☐ advisement
(additional blank motion rows)

**Notes:** The motion for summary judgment is denied with respect to Count I and granted with respect to Counts II and III, substantially for the reasons given in Doc. No. 99, Roberts v. Liberty Mutual Insurance Co., No. 3:13-cv-00435 (SRU).