

# UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| 450 Main Street | 141 Church Street | 915 Lafayette Boulevard |
| Hartford, CT 06103 | New Haven, CT 06510 | Bridgeport, CT 06604 |
| Phone: 860.240.3200 | Phone: 203.773.2140 | Phone: 203.579.5863 |
| Fax: 860.240.3211 | Fax: 203.773.2334 | Fax: 203.579.5867 |

**Robin D. Tabora**
Clerk

**Dinah Milton Kinney**
Chief Deputy Clerk

**Jane R. Bauer**
Operations Manager

**Andrea Perce**
Human Resources Manager

**Christopher Newton**
Information Technology Manager

**Melissa Ruocco**
Division Manager, Hartford

**Bryan Blough**
Division Manager, Bridgeport

June 5, 2018

Chief Clerk
Supreme Court
231 Capitol Avenue
Hartford, CT 06106

Case Name: Karas et al v. Liberty Insurance Corp
Case Number: 3:13-cv-01836-SRU

Dear Chief Clerk,

I have enclosed the original and eight copies of a request to certify question of law and supporting documents along with a certified docket sheet.

Please kindly acknowledge receipt at the bottom of this letter and return to me at the **Bridgeport** office listed above.

Sincerely,

ROBIN D. TABORA, Clerk


By: Rochelle Jaiman
    Deputy Clerk

Acknowledged:
Signed by: _____  Date: 6.8.18

(Rev 2/14/14)