

3:16CV72(RNC)

## STATE OF CONNECTICUT

### SUPREME COURT
### APPELLATE COURT

CAROLYN C. ZIOGAS  
CHIEF CLERK

231 CAPITOL AVENUE  
HARTFORD, CT 06106

SUSAN C. REEVE  
DEPUTY CHIEF CLERK

TEL. (860) 757-2200  
FAX (860) 757-2217

July 20, 2018

Re: SC 180032; *Steven L. Vera Et Al V. Liberty Mutual Fire Insurance Company*

Dear Counsel:

The United States District Court, District of Connecticut, has asked the Connecticut Supreme Court to answer the following question of law:

(1) What constitutes a "substantial impairment of structural integrity" for purposes of applying the "collapse" provision of this homeowners' insurance policy?

Written objection, if any, to the acceptance of the request may be filed until July 30, 2018. See P.B. § 82-4.

Please note that out-of-state counsel, unless admitted to practice in Connecticut, must apply for permission to appear pursuant to Practice Book §§ 2-16, and 62-8A. (Also see P.B.§§ 62-7, 66-2, and 66-3.)

Very truly yours,

/s/  
Maurilio R. Amorim  
Assistant Clerk-Appellate

---

| Carl D. Cicchetti | L. Jeanne Dullea | Maurilio R. Amorim | Corey Daige | Rene L. Robertson | Luke Matyi |
|---|---|---|---|---|---|
| Assistant Clerk | Assistant Clerk | Assistant Clerk | Assistant Clerk | Assistant Clerk | Assistant Clerk |
| 860-757-2223 | 860-757-2144 | 860-757-2242 | 860-757-2149 | 860-757-2229 | 860-757-2249 |

Notice Sent: July 20, 2018
Brian D. Danforth
Philip T. Newbury, Jr.
Hon. Robert N. Chatigny, United States District Judge
Hon. Stefan R. Underhill, U.S. Circuit Judge
Clerk, United States District Court, District of Connecticut (New Haven)