UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

STEVEN KARAS and
GAIL KARAS,
              Plaintiffs

v.

LIBERTY INSURANCE CORPORATION,
              Defendant

Civil Action No.
3:13-cv-01836-SRU

January 9, 2020

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**STIPULATION OF DISMISSAL**

NOW COME the parties to the above-captioned action, by their respective attorneys and, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, give this Honorable Court notice of the dismissal, with prejudice and without costs to any party, of all claims which were or could have been made a part of this civil action as to the defendant.

| FOR THE PLAINTIFF, | FOR THE DEFENDANT, |
|---|---|
| /s/ Jeffrey R. Lindequist<br>Jeffrey R. Lindequist, Esq.<br>Law Office of Michael D. Parker<br>One Monarch Place, Suite 2220<br>Springfield, MA 01144<br>Telephone: (413) 736- 4101<br>Facsimile: (413) 736-4582<br>Email: jlindequist@mdparkerlaw.com | /s/ Kieran W. Leary<br>Kieran W. Leary, Esq.<br>Quilling, Selander, Lownds, Winslett &<br>Moser, P.C.<br>2001 Bryan Street, Suite 1800<br>Dallas, TX 75201<br>Telephone: 214-871-2100<br>Facsimile: 214-871-2111<br>E-mail: kleary@qslwm.com |

## CERTIFICATE OF SERVICE

I hereby certify that on **January 9, 2020**, a copy of foregoing **Stipulation of Dismissal** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ *Jeffrey R. Lindequist*